■ In the Matter of FISHKILL CENTER ASSOCIATES et al., Respondents, v BOARD OF ASSESSMENT REVIEW OF TOWN OF FISHKILL et al., Appellants.— Order of the Supreme Court, Dutchess County, dated September 19, 1978 as resettled, affirmed insofar as appealed from, with costs. No opinion. Mollen, P. J., Damiani, Gulotta and Cohalan, JJ., concur.